UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRYAN LEE GREGORY,

    Plaintiff,

v.                                            Case No. 5:22-cv-278-TKW-MJF

COLETTE PETERS, et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice based on Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED** without prejudice.

    3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of April, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**